SHIRLEY DORFF, an Infant, by BESSIE DORFF, Her Guardian ad Litem, and Others, Respondents, v. CORNELIUS PIPLING and HIPOLITUS VON BRITSON

* Revd., 263 N. Y. 386.          † Revd., 264 N. Y. ——.

Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.